CASSATT et al. v. PENNSYLVANIA COAL & COKE CO.

(Circuit Court of Appeals, Third Circuit. January 2, 1907.)

In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania.

John G. Johnson, for plaintiffs in error.

Joseph Gilfillan and George S. Graham, for defendant in error.

Before GRAY and BUFFINGTON, Circuit Judges, and LANNING, District Judge.

PER CURIAM. The record of this case is similar to that in Alexander J. Cassatt et al., Plaintiffs in Error, v. Mitchell Coal & Coke Company, Defendant in Error (decided at this term), 150 Fed. 32. The same questions of law are presented. The opinion in that case controls the decision of this. The motion to dismiss the writ of error is denied, and the judgment of the Circuit Court is reversed, with costs.

---

CASSATT et al. v. WEBSTER COAL & COKE CO.

(Circuit Court of Appeals, Third Circuit. January 2, 1907.)

In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania.

John G. Johnson, for plaintiffs in error.

Joseph Gilfillan and George S. Graham, for defendant in error.

Before GRAY and BUFFINGTON, Circuit Judges, and LANNING, District Judge.

PER CURIAM. The record of this case is similar to that in Alexander J. Cassatt et al., Plaintiffs in Error, v. Mitchell Coal & Coke Company, Defendant in Error (decided at this term), 150 Fed. 32. The same questions of law are presented. The opinion in that case controls the decision of this. The motion to dismiss the writ of error is denied, and the judgment of the Circuit Court is reversed, with costs.

---

MARTHINSON v. KING et al.

(Circuit Court of Appeals, Fifth Circuit. November 3, 1906.)

No. 1,542.

1. SPECIFIC PERFORMANCE—OPTIONS.

Where an owner of property gives another a written option for a valuable consideration, agreeing to sell it to him at a fixed price if accepted within a specified time, such option is binding on the owner and on a purchaser from him, with knowledge thereof, and in a proper case may be specifically enforced.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 44, Specific Performance, §§ 51–53, 178.]